March 25th 2

UNITED STATES DISTRICT COURT
for the DISTRICT of MASSACHUSETTS

Salma Dorroso Simon-Brisseux Kergosiovat-Benglan _____ Plaintiff

George W. Bush, Jr. _____ Defendant

Nature of suit : abuse of executive power to cause physical and emotional pains conducive to death and embezzlement by fraudulent means

Description of cause : Let us come first the portraiture of the facts in their complexity.

1. Myself, I bring this U.S. Court personal testimony of having being raped by means of force while asleep and in a state of profound exhaustion, by Malcolm D. Doriega who I am divorcing. Doriega seeks rough sex only, exclusively when he becomes at to compromises.

2. Also, I bring testimony of sexual incest between father and older daughter, Dominique Dubois. Replicating with little our the lifelong between my ex-husband and his father.

3. With reference to my original Affidavit of Divorce and Child custody published by Laustral-lex at: http://people.clas.net/norbar/austrat-lex.htm.

3. cont'. Malcolm D. Doriega sustains an illegal second couple with prostitute Rachel Scott, who rents the 2nd floor of the Farnum Street rental property abutting 46/48 Farnum Street co-owned by Doriega and Barroso. Per Doriega's account, this second couple initiated sexual intercourse during the month I visited my parental family in Buenos Aires (Argentina) between Christmas 1999 and January 20th of 2000.

Malcolm Doriega took the public excuse of his mother Alicia Doriega pass-away to exert incommensurable cruelty against me and our daughters. Doriega was not healthy in his mind when he jumped into open sex with a prostitute. When I made it clear to him, over the phone, I was not flying on January 2nd 2000 to provide my own father Victor Barroso with TLC after a delicate surgery, Malcolm Doriega had a wrath typical of a mentally ill.

4. His sustaining a double life, had a devastating effect on our marriage and on his mental health. Doriega turned himself more and more violent in dealing with me a couple of hours every day of the week. He sought no medical assistance of any kind.

5. Myself, I sought to reside in France with my two daughters given the degree of rejection I suffer in the U.S. Instead of receiving the money to buy a real estate and my daughters, the United States punished me and my daughters with infinite cruelty during the time I was actually in France, from October 1st 2003 and March 8th 2004.

6. By now there is overwhelming proof myself, Soims Barroso Simon-Biisseux Kergoravat-Benglan, I am not a person but an angel of God. Specifically, I am a Seraphim and hence my true nature is divine. Furthermore, last miracle on March 8th 2004 while on IBERIA flight IB 6275 Madrid to Chicago let me know for the first time the Sovereign Savior has invested me with the sacred power of Virgen Mary as well. In mid-Atlantic the IBERIA plane was struck by a sudden shock of high turbulence, shortly after I saw a vision of five white angels along the right wing of the airship ready to rescue me to Heavens. As per immortality, I already resuscitated one time following rigor-mortis in medical terms in Dr. Prieto's (Jorge) office, Capital Federal, Argentina in 1991.

7. The Lord's will so far remains: ESTADOS UNIDOS as the Sovereign Savior ordered me in a clear voice one day before graduating from Chemical Engineering in Buenos Aires, Argentina. That is, before 1987! So precision here.

Portraiture of ABUSE of power, killing conditions, and embezzlement.

The United States of America got my Divorce Affidavit with written testimony of the degree of danger of fellow Noriega, which warrants arrest and later execution.

President George BUSH Jr. makes the move in agreement with Governor Bill Romney to:

1. empower Malcolm Noriega through a Harvard-minded software firm in Belmont, Business Forecast Systems, under a fraudulent professional status of 'Senior Software Engineer' paying $70,000.00 per year. Noriega is offered the job one week before the May Fourth apparition in MAGNOLIA (Malcolm was that Saturday in San Francisco to attend a training seminar only days after he had had burst of DEMENTIA befor

2. President George Bush Jr. agrees to appoint Malcolm Doriega as the sole custodian or guardian of Dominique Lucia and Christiane Gabriela in an irrational move. President Bush abuses executive power and incinerates my testimonies of horror against Malcolm Doriega.

This is very painful in my heart.

So instead of arrest and execution of Malcolm Doriega, he gets:
* custody
* a salary of $70 K
* an Anglo-american mistress
* full use of joined capital, over $1 M
* the respect and admiration of the U.S.

3. The United States of America denies me an allowance of $5 K or $10 K to afford minimum expenses in Caen between October 1st and January 4th, and then in Lyon between January 5th and March 5th, despite all my emergency calls for HELP. This caused excruciating pain.

3. cont.' President BUSH JR. caused excruciating pain, day and night, depriving me of a tiny fraction of the five millions Malcolm Noriega owes me for my life.

The U.S. issued another Restraining Order with full-blown hatred until November 2004.

President George BUSH JR. not only does not respect at all my divine nature, but also he ordered an arrest, even if illegal, upon my arrival in my property at 93 Pine Street, Manchester-by-the-sea, Massachusetts 01944. Since my arrival in Massachusetts President BUSH keeps me with NO MONEY and HOMELESS.
  Little food
  No heating
President BUSH deserves EXECUTION and EXECUTION ONLY for recreating the physical and non-physical pains and punishments of a Nazi concentration camp.

This being my cause signed under the pains and penalties of perjury.

Very Truly Yours,

_Norma Barroso_

Doctorate degree in Molecular Biology with GLORY, 2003
Postgraduate Chemical Engineering on Polymers Industries
Chemical Engineering, University of Buenos Aires, 1987

Principal
austral-lex   bilingual projects

http://people.stor.net/norbar/austral-lex.htm
norbar@stor.net

Please contact Manchester Police at 526-1212

Note: I have no record within the U.S. Justice but 2
illegal arrests by sargent Andrews of Manchester
                                                              Mass
Legal references:  Divorce Docket # 03D-1888-DV1
                   Restraining Order # 03RO-0293-AB1

Theological source _____

Funk and Wagnalls

NEW STANDARD

BIBLE DICTIONARY

designed as a comprehensive help to the study of the scriptures, their languages, literary problems, history, biography, manners and customs, and their religious teaching

Edited by:

    Melancthon W. Jacobus, D.D.

    Elbert C. Lane, D.D.

    Andrew C. Zenos, D.D., LL.D.

with the assistance of:

    Elmer J. Cook, B. Litt. (Oxon), Ph.D.

in association with Americans, British, and German scholars

Third Revised Edition

THE BLAKISTON COMPANY

Philadelphia

Copyright, 1936, by Funk & Wagnalls Company

Copyright, 1925, by Funk & Wagnalls Company

Key Words : _____

Sons of God

Seraphim

Glory

Mediator

Neighbor

Angel