UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORMA BARROSO Simon-Brisseux Kergoravat-Benglan,
    Plaintiff

C.A. No. 04-10631-GAO

v.

GEORGE W. BUSH,
    Defendant

---

**FILING FEE**

Plaintiff shall pay the filing fee for this civil action pleading with Honorable George A. O'Toole, Jr., United States District Judge, my credit card information separate in a sealed envelope.

                                                                                                    *Norma Barroso*

---

**STATEMENT OF GOOD CAUSE**

1. President Bush lacks official immunity to overrule Salem Superior Court judgement by Essex Superior Justice Lowy, David and thus fraudulently empower Mary Bardwick with selectmanship of the Town of Manchester-by-the-Sea, Massachusetts, since her re-election in 2002 up to the present. Plaintiff does not acknowledge her governmental authority on public grounds that Mary Bardwick should have been restrained upon my filing charges years ago and by now have been put to death.

2. President Bush lacks official immunity to command torture and cruelty against Plaintiff through the MALPRACTICE of a fraudulent empowering Malcolm D. Doriega, which would reflect a five-star honorability in any normal circumstance, upon Plaintiff's filing homicide and horror abuse charges against Malcolm Doriega punishable with capital penalty. Plaintiff refers here to her original complaints and affidavits.
In summary,
Plaintiff has been restrained near for unlimited time without prejudice.

Malcolm Soriego has been illegaly appointed sole custodian of my two daughters, Dominique Lucia (04.18.95) and Christiane Gabriela (07.29.97).

This commandment of torture and cruelty by U.S. Executive Power against Plaintiff has caused physical and emotional pains upon Plaintiff and her daughters given the perfect love bonding that exists in them.

3. President Bush lacks official immunity to contact FRANCE and warn French authorities through an illegal Restraining Order on FALSE and DELLUSIONAL grounds concerning criminal records, which I don't have, and portable weapons (?).

President Bush lacks official immunity to downgrade Plaintiff in a foreign country, while so many other Americans were pursuing some collegiate GOALS as Plaintiff without any of them being restrained.

NORMA BARROSO represented the United States of America with honors. Plaintiff demonstrated a priviledged capacity to write and speak French with native fluency in a relatively short period of time.
This fact was true despite her deteriorating health for lack of food and extraordinary stress levels for not knowing how she was going to pay for lodge.

SALEM, Massachusetts, on April 19th, 2004.

*Norma Barroso*
_____
Plaintiff

NORMA BARROSO SIMON-BRISSEUX KERGARAVAT-BENGLAN

FILING FEE

CHASE freedom PLATINUM       DECLINED

VISA

4636 7360 2000 3755

Valid dates   01-03    01-06 V

Billing inquiries: 1-800-993-8111
                   CHASE Manhattan Bank USA

CITI  PLATINUM SELECT   Upromise FILING FEE PAID:
                                 RECEIPT #
Master Card                      AMOUNT $
                                 BY DPTY CLK
5424 1804 6050 7756   DATE

Valid from 08/02   Expiration date 08/31/04

24-Hour Customer Service  1-800-950-5114

AMERICAN EXPRESS

3725 353736 21007 4316

Valid Thru  12/02  THRU  12/04

24-Hour Customer Service  1-800-635-5955