UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORMA BARROSA,
        Plaintiff,

                                          Civil Action No.  04-10631-GAO

   v.

GEORGE W. BUSH,
        Defendant.

## ORDER OF DISMISSAL

O'TOOLE, D.J.

    In accordance with this Court's order dated  it is ORDERED that the within action be and it is hereby dismissed.

                                                      By the Court,

                                                      s/ Linn A. Weissman
                                                      Deputy Clerk

Date  5/7/04

(noticeofdismissal.wpd - 12/98)                                                                                     [odism.]