UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Norma Barroso,
    Plaintiff,

v.    C.A. No. 04-10631-GAO

George W. Bush,
    Defendant

FILED
IN CLERKS OFFICE
2004 MAY 26  P 12: 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

APPEAL ORDER OF DISMISSAL [and gabbled.]

Obviously, United States District Judge George A. O'Toole, Jr. has confused complaints. The United States of America owes me worship, that is reverent love and devotion for my being a deity, a Seraph. Honorable O'Toole has failed to read. Accordingly, I shall not pay the appeal fee nor strive for redundant ground.

Honorable George O'Toole thus upholds President George Bush in maintaining:

1. Mary Jo. Hardwick empowered against the Law and against criminal charges, which are secret only for President Bush.

   → It is not true Executive Power does not noise justice actions. There is criminal judgment against Hardwick at Essex Superior Court.

   Mary Jo. Hardwick has defied the Law by violent means infinite times. She, the flesh of the devil, would not stop before any reason, any call for rest. Hardwick drives faster than a bullet thus exploiting in terror private land of 88 Old Essex Road in Manchester-by-the-sea.

   Mary Hardwick is illegally uplifted to selectmanship, ultimately by President Bush. Hardwick raised her public salary in the order of 40% while in power to collect about $50,000 a year in jubilee. Honorable Justice Robert Cornetta had pitched all criminal charges against her, including ATM, at least

   → Only under opium, Honorable O'Toole can conclude there is no illegal empowerment of Mary Jo. Hardwick by the Executive Power when there has been empowerment as of the record.

Barroso v. Bush C.A. 04-10631GAO

2. Malcolm D. Soriega empowered against the Law and against criminal charges of homicide and horror abuse <u>which are also secret only for President Bush.</u>

\* or true

It is not real *Executive Power does not nurse justice actions. There is a Restraining Order against Dr. Sorma Barroso, Tiara Holy by Lord's Order, which <u>illegally uplifted dangerous homicide Soriega</u> to be sole custodian of my two daughters, to use my capital for months, and ultimately be admired.

Malcolm Soriega does not identify with the technological potency of Bill Gates in any case.

→ Malcolm Soriega, a God, has an incest with Dominique Lucia of nine years of age. <u>Dominique is being murdered with the oversight of President George W. Bush, Jr.</u>

Soriega has killed,

    has raped,

        has abused,

            has stole money,

                has enslaved,

    has taught my daughters to kill,

        has rejoiced incest himself.

Then, only under opium, Honorable O'Toole can conclude there is no illegal empowerement of Malcolm D. Soriega by the Executive Power when Soriega has been empowered as of the record.

→ Honorable Justice O'Toole has failed to release Tiara Holy from unlawful restraint and tangle configuration duteous to Barroso's Habeas Corpus. Malcolm Soriega has in his possession the bank book of joint account 0200011461 with a current balance of $ 3,564.00. Patricia Ambrose, CEO of Manchester office of Cape Ann Savings Bank, has denied me

Barroso v. Bush
C.A. No. 04-10631-GAO

3. President Bush by refusing sending Dr. Barroso money while in France, he did forsake me and did break the covenant that existed between the United States and Doima Barroso Simon-Brisseux Kergaravat-Benglan.

Honorable O'Toole presumably acknowledges there is a covenant between the President of the United States and each and every of her citizens.

President Bush caused me physical and non-physical pains conducive to death.

→ Dr. Barroso does not grant to anyone access to her medical records kept in the United States, in Argentina, in France, or any other country for that matter. The freedom of protecting or preserving her genome shall prevail in any foreign country aside of the national legislations.

→ Blood tests fasting with specimen collection date April 16th 2004 @ 10:44 AM produced ABNORMAL final results. Summarizing them:

1→. Hemogram : Abnormal
   Value Flags for HGB___lower than Low
                   HCT___lower than Low
                   MCV___lower than Low
                   MCH___lower than Low
                   MCHC__lower than Low
                   PLATELET COUNT on High end

2→. Glucose Serum : Value Flag HIGH
3→. Lab generated RBC MORPH : Abnormal
4→. Lipid Profile Testing : Abnormal
   Value Flags for CHOLESTEROL_higher than High

Barroso v. Bush
C.A. No. 04-10631-GAO

5. COMMENT

Specimen exhibits moderate hemolysis.
Potassium, LDH, Magnesium, AST, Total Protein,
CK and Inorganic Phosphorus may be falsely elevated.
Glucose may be falsely decreased.
Please use caution when interpreting result.

---

President Bush has not only empowered Malcolm D. Soriega with a wicked 5-star honorability so abusing his executive power, but also tortured Dr. Barroso with legal instruments and sinister malpractice to a degree comparable to that suffered by victims of Hitler's Saxism.

President George W. Bush has tortured Dr. Barroso in France and the United States to DEATH.

Honorable George O'Toole did fail to demonstrate this cause is purely rhetorical.
Dr. Barroso is on the brink of developing a nasty disease.
Dominique Lucia is being abused with too much cruelty.
Christlane Gabriela is being abused with too much cruelty.
My daughters are being emotionally disturbed at deep level and the innocent victims of genocidal experiments. God protect them.
May I ask Justice O'Toole why?

Why Defendant restrains any contact?

Why Defendant restrains any money?

Barroso vs Bush c.A. 04-10631-GAO

President George W. Bush has acknowledged an illegal Restraining Order against Tiara Holy, Dr. Norma Barroso Simon-Priosseux Kergoroват-Benglen, which has caused pains conducive to death.

The United States left me dying homeless, with no money at Logan Airport on March 8th 2004, the day I arrived from France, for months and months ahead. Dr. Barroso Simon-Priosseux Kergoroват-Benglen was in need of clothes, shoes, good food, be back home with her loved daughters, and money for medicines and beauty care.

Sargent Andrews together with another Police officer entered 93 Pine Street, Manchester-by-the-Sea, Massachusetts 01944, and fiercely violated Dr. Barroso Simon-Priosseux Kergoroват-Benglen and her legal authority by means of brutal force. It is cruelty and torture for those Police to grant Tiara Holy no legal authority whereas acting like taxi commanders. Tiara Holy suffered that evening of March 8th 2004 a neurological attack that put her close to death.

Sargent Andrews must be executed for his violent attacks on my innocence. Andrews is a beast who suffers the paranoia of believing himself superior. He is a dangerous animal with portable weapons.

Andrews, the second officer, Joseph Aiello, Ronald Ramos denied me Food that night March 8th 2004, denied me Food next morning March 9th 2004, denied money and Food for the night of March 9th 2004 and Food for the following morning March 10th 2004. There has been a killing plot.

Only under opium, Honorable O'Toole can conclude there is no illegal empowerement of Malcolm D. Noriega by the Executive Power when there has been empowerement as of the record.

Barroso v. Bush C.A.04-10631-GAO

Honorable Justice John D. Wesley has instrumented the illegal empowerment of Malcolm D. Doriego even further by filing a false complaint raised by homicide Doriego against Dr. Barroso Simon-Brisseux Kergaravat-Penglan at Salem District Court.

Persecution of Dr. Barroso Simon-Brisseux Kergaravat-Penglan, of royalty pedigree and divine nature, has reached madness.
Photos and more photos from every angle imaginable, secret tapes of Tiara Holy sleeping or naked on a prison toilet, more fingerprinting, more psychological torture, more violent arrests ...

→ President George Bush must be restrained and processed for murder.
→ Justice Wesley must dismiss Doriego's false complaint right away.
→ Tiara Holy must be granted access to her bank accounts and accounts Doriego opened on his own at Beverly National Bank. This is a life or death issue.
→ Tiara Holy must be reimbursed the lodging expenses at CLIPPER SHIP INN in Salem, Massachusetts, at a weekly rate of $275 for 6 weeks and a weekly rate of $250 since May 3rd 2004 onward.
→ Tiara Holy must be returned her motherhood.
→ Malcolm Doriego must be restrained and processed for murder.
→ Sergent Andrews must be restrained and processed for murder. Same 2nd Police.
→ Mary Hardwick must be restrained and processed for murder.

Dr. Barroso Simon-Brisseux Kergaravat-Penglan has accepted God our Lord in marriage of love since 2000 forevermore.

_____  Tiara Holy
Norma Barroso              Gregor Angus
D.D Molecular Biology and Genetics with Lord's Glory, 3/4/03, U.S.
40 Gr.C. ALM Biology, Harvard University, 1998
ch.E. PostGr. Polymers Industries, University of Buenos Aires, 1989
ch.E, University of Buenos Aires, 1987