# MANDATE

# United States Court of Appeals
## For the First Circuit

04-10631
USDC/MA
Judge O'Toole

No. 04-2169
DC No. 04-10631

NORMA BARROSO
Plaintiff - Appellant

v.

GEORGE W. BUSH
Defendant - Appellee

## JUDGMENT

**Entered: December 15, 2004**

By orders entered September 30, 2004 and October 29, 2004, appellant was directed to either pay the filing fees of $255.00 in the district court or to apply for in forma pauperis before the district court. Appellant was warned that failure to respond by November 15, 2004 would lead to dismissal for lack of diligent prosecution. Appellant's mail has twice been returned to this court; however, appellant has failed to notify the court of his new address.

Appellant having failed to file a timely response to this court's orders no any filing before the district court, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 2/7/05

By the Court:
Richard Cushing Donovan, Clerk

By: **MARGARET CARTER**
Chief Deputy Clerk

[cc: Ms. Barrosso, Mr. Sullivan]